**SEND & ENTER JS-6**

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ADELIADO GALINDO, | Case No. EDCV 07-01313-SGL (OPx) |
| Plaintiffs, | |
| v. | ORDER REMOVING CASE FROM COURT'S LIST OF PENDING CASES, PURSUANT TO SETTLEMENT |
| UNITED STATES OF AMERICA and DOES 1 through 100, Inclusive, | |
| Defendants. | |

The Court has received and reviewed the plaintiff's notice of settlement, Docket No. 14, wherein attorney Steven Hilst, represents to the court that the parties have settled the above caption case. In the interest of judicial economy, the Court hereby vacates all pending hearings and matters on the calendar. The Court shall retain jurisdiction of this matter for the purpose of resolving any controversy or claim arising out of or relating to the enforcement of the Settlement Agreement. Should it become necessary the Court will hear a noticed motion for entry of Judgment to enforce the terms of settlement. Counsel shall file a notice and stipulation of dismissal within 60 days of the date of this order or notify the Court in

1 writing by submitting a proposed stipulation and order for an extension of the
2 foregoing deadline.  The Clerk shall mail, FAX or E:mail a copy of this Order to all
3 counsel.

5 Dated:  September 30, 2008

*signature*
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE